## Ockman *v.* Jones Machine Tool Works, Inc., Appellant.

Argued January 9, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

reargument refused January 23, 1946.

*Charles S. Thompson* and *Wade Goble,* for appellant.

*Edward Unterberger,* for appellee.

PER CURIAM, January 10, 1946:

This appeal raises no substantial question that was not disposed of on the prior appeal: *Ockman v. Jones Machine Tool Works,* 349 Pa. 527, 37 A. 2d 538. The settled rule is that summary judgment on pleadings may not be entered unless the right is clear. As the court below pointed out in its opinion, issues of fact are raised in this case which should be determined by trial.

Judgment affirmed.